| Attorney or Party Name, Address, Telephone & FAX Numbers State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Raj T. Wadhwani 193120<br>Wadhwani & Shanfeld, a Prof Law Corp<br>15233 Ventura Blvd., Suite 1000<br>Sherman Oaks, CA 91403<br>(818) 784-0500 Fax: (818) 784-0508<br>193120 CA<br>raj@wslaw.com | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re: | CASE NUMBER: 6:20-bk-10033-MH |
|---|---|
| | CHAPTER 13 |
| Edward Dwayne Lott | APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)<br><br>[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)] |
| Debtor(s). | |

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number  3  .

2. **RARA Fee Agreement** Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $ 5,000.00  for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $ 525.00  per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).
   *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3. **Request for Fees.** Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:
   Fees for Additional Services                $ 1,860.00
   Expenses related to Additional Services     $     0.00
   Total                                       $ 1,860.00

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code. "FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 1                       F 3015-1.12.APP.CH13.FEES

4. **Case Status.** This Chapter 13 case has not been dismissed or converted.

5. **Plan Status.**

   ☑ A Chapter 13 Plan was confirmed in this case by order entered as docket number __29__.

   ☐ A Chapter 13 Plan has not yet been confirmed in this case; a hearing is set for *(date)* __.

6. **Fee Award for Basic Services.**

   ☑ Attorney was awarded fees for Basic Services in the amount of $ __5,000.00__ in the order confirming the plan and/or a separate order of the court.

7. **Prior Applications for Additional Fees.**

   ☑ Attorney has not previously applied for Additional Fees in this case.

   ☐ Attorney previously applied for Additional Fees in this case. A total of $_____ has been awarded to Applicant for Additional Fees pursuant to prior requests.

   ☐ One or more applications for Additional Fees in this case are pending. See docket number(s) _____. A total of $_____ in Additional Fees has been requested pursuant to those pending applications.

8. **Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
| 01/2/2020 | $ 1,500.00 | Debtor |
| 04/07/2020 | $ 2,190.00 | Chapter 13 Trustee - Check Number 670912 |
| 05/07/2020 | $ 730.00 | Chapter 13 Trustee - Check Number 672937 |
| 06/10/2020 | $ 580.00 | Chapter 13 Trustee - Check Number 675086 |
| TOTAL | $ 5,000.00 | |

9. **Amount and Basis for Compensation Requested.**

   A. ☐ <u>Presumptively Reasonable Fees (No Look Fees).</u> Attorney requests an award of fees for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

   *(If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.)*

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $750.00 | Unopposed motion to extend/impose automatic stay | |
| $ | $350.00 | Unopposed application for order shortening time | |
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) | |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order | |
| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
| $ | $950.00 | Unopposed motion to disallow claim | |
| $ | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                      Page 2                           F 3015-1.12.APP.CH13.FEES

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| $ | | Total Requested | |

B. ☑ <u>Hourly or Other Additional Fees</u>. Attorney requests an award of fees for Additional Services on an hourly or other basis.

    a. Dates during which the Additional Services were provided: from (*dates*) <u>10/19/2020</u> to <u>06/29/2021</u>.

    b. Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| Raj T. Wadhwani | Attorney | $ 525.00 | 0.4 | $ 210.00 |
| Chantal Van Ongevalle | Attorney | $ 525.00 | 3.0 | $ 1,575.00 |
| Robert Chen | Attorney | $ 75.00 | Flat Fee | $ 75.00 |
| Total | | | | $1,860.00 |

    c. Description of the nature, necessity, and results of the Additional Services for which hourly fees are requested in this Section 10.B: (Check here ☑ if an addendum containing additional information is attached.)

    d. A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

    e. If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017        Page 3        F 3015-1.12.APP.CH13.FEES

10. **Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| TOTAL | $ |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

(Note: If you are requesting the allowance of expenses related to No Look Fee services, you must explain above why the requested expenses are extraordinary.)

11. **Request for Payment.**

☑ Attorney requests that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the plan that has been or may be confirmed in this case.

☐ Attorney requests that the fees and expenses allowed hereunder be awarded and paid in the following manner (*specifically describe the proposed source(s) of payment and the proposed timing of that payment*):

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                Page 4                                F 3015-1.12.APP.CH13.FEES

12. Consent and Declaration of Debtor.

**CONSENT AND DECLARATION OF DEBTOR(S)**

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this 9 day of June, 20 21 at (city) Fontana, (state) CA

Signature of Debtor 1: _Edward P. Lott_

Printed name of Debtor 1: Edward Dwayne Lott

Signature of Debtor 2: _____

Printed name of Debtor 2: _____

13. Certifications of Counsel.

    a. **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

    b. **No Debtor Consent and Declaration.** If the Debtor has not executed the Consent and Declaration in Paragraph 13, the reason the Debtor has not done so is as follows:

    c. **True and Correct.** I certify that the information contained in and attached to this Application is true and correct.

Date: 07/12/2021

Respectfully submitted,

_Signature of Attorney for Debtor_

Raj T. Wadhwani 193120
Printed name of Attorney for Debtor

# Exhibit "A"

# Exhibit "A"

Debtor(s): Edward Dwayne Lott
Case No.: 6:20-bk-10033-MH

## Summary of Requested Fees

| Date | Activity | Hours |
|---|---|---|
| 10/19/2020 | Chantal Van Ongevalle ("CVO")- Reviewed Motion for Relief from the Automatic Stay (the "MFR") filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8 ("Creditor") (Docket #34) | 0.5 |
| 10/23/2020 | CVO – Telephonic communication with client re: MFR, possible Adequate Protection Order ("APO") and possible Opposition to MFR ("Opposition") | 0.3 |
| 11/03/2020 | CVO – Prepared Opposition | 1.0 |
| 11/03/2020 | Raj T. Wadhwani ("RTW") – Reviewed Opposition | 0.3 |
| 11/03/2020 | CVO – E-filed and Served Opposition (Docket #36) | 0.0 |
| 11/15/2020 | CVO – Prepared Declaration in Support of Opposition | 0.2 |
| 11/15/2020 | CVO – E-filed and Served Declaration in Support of Opposition (Docket #37) | 0.0 |
| 11/15/2020 | CVO – Electronic communication with McCarthy & Holthus, LLP ("Creditor's Attorney") Re: APO | 0.1 |
| 11/16/2020 | CVO – Telephonic communication with client re: APO Terms | 0.3 |
| 11/19/2020 | CVO – Telephonic communication with client re: APO Terms | 0.3 |
| 11/19/2020 | Robert Chen ("RC") – Special Appearance for MFR, Continued to 12/13/2020 | Flat Fee $75.00 |
| 11/20/2020 | CVO – Telephonic communication with client re: APO Terms | 0.2 |
| 12/02/2020 | CVO/RTW- Reviewed APO stipulation (Docket #41) | 0.1 |

# Exhibit "B"

# Exhibit "B"

## Summary of Professionals' Rates an Hours

| Professional Person's Name | Hourly Rate | x | Total Hours for This Person | = | Total Fees |
|---|---|---|---|---|---|
| Raj T. Wadhwani | $525.00 | x | 0.4 | = | $210.00 |
| Chantal Van Ongevalle | $525.00 | X | 3.0 | = | $1,575.00 |
| Robert Chen | $75.00 | X | Flat Fee | = | $75.00 |
| **TOTAL AMOUNT OF FEES** | | | | = | $1,860.00 |
| **FEES REQUESTED** | | | | | $1,860.00 |

# Exhibit "C"

# Exhibit "C"

## Description of Professionals

### Raj T. Wadhwani

Raj T. Wadhwani is a partner at Wadhwani & Shanfeld, a Prof. Law Corp. Mr. Wadhwani received his J.D. from Southwestern University School of Law. Since receiving his law degree, Mr. Wadhwani has focused his practice on consumer services, including bankruptcy, debt negotiation, offers in compromise and estate planning. Mr. Wadhwani is a certified specialist in consumer bankruptcy. * During his practice, Mr. Wadhwani has filed over 5,000 consumer and business bankruptcy cases. Mr. Wadhwani has also prepared and filed numerous offers in compromise and handled various estate planning matters.

*Board Certified – Consumer Bankruptcy Law – American Board of Certification

### Chantal Van Ongevalle

Chantal Van Ongevalle is an associate at Wadhwani & Shanfeld, A Professional Law Corp. Mrs. Van Ongevalle received her J.D. from Oklahoma City University School of Law. Since receiving her law degree, Mrs. Van Ongevalle has practiced consumer bankruptcy, including being an extern for now retired Judges: Judge Goldberg in Riverside and Judge Greenwald in the San Fernando Valley; worked as a Chapter 13 Paralegal Supervisor and Staff Attorney for Edwina E. Dowell, Chapter 13 Trustee for five years, and a consumer bankruptcy attorney with Price Law Group, APC for 10 years.

### Robert T. Chen

Robert T. Chen was admitted to the California State Bar in 1998. He handles many of the Los Angeles, Riverside, and Santa Ana hearings.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15233 Ventura Blvd., Suite 1000
Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled: **Application of Attorney for Debtor for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to A Rights and Responsibilities Agreement (RARA)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **07/12/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rod Danielson (TR) notice-efile@rodan13.com
- Joseph C Delmotte ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- Christina J Khil christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
- Nancy L Lee bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- John Shelley jshelley@infoex.com Valerie Smith claims@recoverycorp.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
- Raj T Wadhwani raj@wslaw.com, wadhwaniandshanfeld@gmail.com
- Gilbert R Yabes ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **07/12/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Edward Lott, 11512 Bell Tower Drive, Fontana, CA 92337

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/12/2021 | Leslie Marie Cervantes | /s/ Leslie Marie Cervantes |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-6<br>Case 6:20-bk-10033-MH<br>Central District of California<br>Riverside<br>Mon Jul 12 16:10:34 PDT 2021 | SELECT PORTFOLIO SERVICING, INC.<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | U.S. Bank National Association, not in its i<br>c/o McCarthy & Holthus, LLP<br>411 Ivy Street<br>San Diego, CA 92101-2108 |
| Riverside Division<br>3420 Twelfth Street,<br>Riverside, CA 92501-3819 | 800 Loanmart<br>15400 Sherman Way Ste 17<br>Van Nuys, CA 91406-4271 | Balboa Thrift & Loan<br>865 Amena Ct<br>Chula Vista, CA 91910-7802 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank Usa N<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Central Loan Admin & R<br>Po Box 77404<br>Ewing, NJ 08628-6404 |
| CitiMortgage, Inc.<br>c/o Cenlar FSB<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank Corp<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Nationstar/mr Cooper<br>350 Highland<br>Houston, TX 77009-6623 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | Syncb/car Care Syn Car<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| U.S. Bank National Association<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Bankruptcy Dept.<br>PO Box 619096<br>Dallas TX 75261-9096 | U.S. Bank Trust National Association, as Tru<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 |
| United States Trustee - Riverside<br>3685 Main Street, Suite 300<br>Riverside, CA 92501-2804 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Wheels Financial Group, LLC dba 1-800LoanMar<br>15400 Sherman Way, Ste. 170<br>Van Nuys, CA 91406-4272 |
| Edward Dwayne Lott<br>11512 Bell Tower Drive<br>Fontana, CA 92337-0912 | Raj T Wadhwani<br>Wadhwani & Shanfeld, a Prof Law Corp<br>15233 Ventura Blvd., Suite 1000<br>Sherman Oaks, CA 91403-2251 | Rod Danielson (TR)<br>3787 University Avenue<br>Riverside, CA 92501-3332 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Upgrade Inc
2 North Central Ave, 10th Flr
Phoenix, AZ 85004

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CitiMortgage, Inc.          (u)Courtesy NEF          (u)US Bank National Association, not in its i

(u)Syncb/walmart

End of Label Matrix
Mailable recipients    26
Bypassed recipients     4
Total                  30